UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

_____

LD DAYS and HARRIETT DAYS,

                          Plaintiffs,              **STIPULATION OF DISCONTINUANCE**

-vs-

                                                        5:18-cv-1334 (LEK/DEP)

CITY OF SYRACUSE, ONONDAGA
COUNTY SHERIFF and ONONDAGA
COUNTY,

                          Defendants.

_____

SIRS:

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued, with prejudice against the Onondaga County Sheriff and Onondaga County, without costs or attorney's fees to either party as against the other.

      This stipulation may be filed without further notice with the Clerk of the Court.

Dated: March 19, 2019

_____
CAROL L. RHINEHART, ESQ.
Deputy County Attorney
Attorney for County Defendants
Onondaga County Dept. of Law
421 Montgomery St., 10th Floor
Syracuse, New York 13202

Dated: March 11, 2019

_____
DIRK J. OUDEMOOL, ESQ.
Attorney for Plaintiff
333 E. Onondaga Street
Syracuse, NY 13202

Stipulation of Discontinuance
Re: Days v. City of Syracuse, et. al.
5:18-cv-1334

Dated: 3/14/2014

*(signature)*

ERICA CLARKE, ESQ.
Assistant Corporation Counsel
Office of Corporation Counsel
300 City Hall
233 E. Washington Street
Syracuse, NY 13202