

# DEPARTMENT OF LAW
### OFFICE OF THE CORPORATION COUNSEL
CITY OF SYRACUSE, MAYOR BEN WALSH

**Kristen E. Smith**
Corporation Counsel

**Joseph W. Barry III**
First Assistant
Corporation Counsel

**Lee R. Terry**
Senior Assistant
Corporation Counsel

Catherine E. Carnrike
Meghan E. Ryan
Amanda R. Harrington
John C. Black Jr.
Kathryn M. Ryan
Ramona L. Rabeler
Todd M. Long
Sarah M. Knickerbocker
Danielle B. Pires
Finney Raju
Patrick R. Blood
Patrick J. Parkinson
Danielle R. Smith
Jody A. Mooney

**Department of Law**
**Office of Corp. Counsel**
233 E. Washington St.
City Hall, Room 300
Syracuse, N.Y. 13202

Office  315 448-8400
Fax     315 448-8381
Email   law@syrgov.net

www.syrgov.net

July 12, 2021

SENT VIA CM/ECF
Hon. Miroslav Lovric, U.S. Magistrate Judge
Federal Building and U.S. Courthouse
15 Henry Street
Binghamton, New York 13901

    Re:    L.D. Days, et al. v. City of Syracuse
            Civil Action No.: 5:18-cv-01334-LEK-ML

Dear Judge Lovric:

Please consider this letter as a status report from Defendant in light of the dispositive motion deadline of Friday, July 16th.

The parties have concluded good faith negotiating in this matter and reached a verbal agreement regarding settlement. The agreement is currently pending before the Common Council, awaiting their approval in order to be finalized. The City anticipates this matter fully settling by August 15, 2021.

The parties plan to file a stipulation of discontinuance at that time, pending approval of the Common Council. Plaintiff's counsel consents with the Defendant in regards to this report.

Thank you, Your Honor, very much for your courtesy and consideration in this matter.

Respectfully submitted,

*Sarah M. Knickerbocker*

Sarah M. Knickerbocker, Esq.
Assistant Corporation Counsel
Federal Bar Roll No. 701581

CC: All counsel of record via CM/ECF

*Service of papers or process by facsimile or other electronic method is not acceptable.*