

# DEPARTMENT OF LAW
OFFICE OF THE CORPORATION COUNSEL
CITY OF SYRACUSE, MAYOR BEN WALSH

**Kristen E. Smith**
Corporation Counsel

**Joseph W. Barry III**
First Assistant
Corporation Counsel

**Lee R. Terry**
Senior Assistant
Corporation Counsel

Catherine E. Carnrike
Meghan E. Ryan
Amanda R. Harrington
John C. Black Jr.
Kathryn M. Ryan
Ramona L. Rabeler
Todd M. Long
Sarah M. Knickerbocker
Danielle B. Pires
Finney Raju
Patrick R. Blood
Patrick J. Parkinson
Danielle R. Smith
Jody A. Mooney

**Department of Law**
**Office of Corp. Counsel**
233 E. Washington St.
City Hall, Room 300
Syracuse, N.Y. 13202

Office   315 448-8400
Fax       315 448-8381
Email   law@syrgov.net

www.syrgov.net

August 19, 2021

SENT VIA CM/ECF
Hon. Miroslav Lovric, U.S. Magistrate Judge
Federal Building and U.S. Courthouse
15 Henry Street
Binghamton, New York 13901

Re:   L.D. Days, et al. v. City of Syracuse
       Civil Action No.: 5:18-cv-01334-LEK-ML

Dear Judge Lovric:

Please consider this letter as a status report from Defendant in light of the deadline to file a stipulation or status report on today's date.

The parties have reached an agreement regarding settlement. The agreement was approved by the Common Council on August 2, 2021, and an Ordinance was signed on August 6, 2021. The City sent paperwork and a copy of the Ordinance to Plaintiff's counsel on August 11, 2021. Plaintiff's counsel informed the City today, August 19, 2021, that the executed paperwork was in the mail. Upon receipt of the finalized settlement agreement, the City will then provide the agreement to its Bureau of Accounts so that they can process payment and procure a check, which will then be provided to Plaintiffs' counsel.

The City will file a stipulation of discontinuance once Plaintiffs' counsel is in receipt of the check.  We estimate, based on past experience, this should not take longer than 30 days insofar as the City receives the executed paperwork before the end of next week.

Plaintiff's counsel consents with the Defendant in regards to this report.

Thank you, Your Honor, very much for your courtesy and consideration in this matter.

Respectfully submitted,

*Sarah M. Knickerbocker*

Sarah M. Knickerbocker, Esq.
Assistant Corporation Counsel
Federal Bar Roll No. 701581

CC: All counsel of record via CM/ECF

*Service of papers or process by facsimile or other electronic method is not acceptable.*