UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

-------------------------------------------------------- x

LD DAYS and HARRIET DAYS,

                Plaintiffs,

      v.                                               5:18-CV-01334 (LEK/ML)

CITY OF SYRACUSE,
ONONDAGA COUNTY SHERIFF,
and ONONDAGA COUNTY,

                Defendants.

-------------------------------------------------------- x

## STIPULATED NOTICE OF VOLUNTARY DISMISSAL

It is hereby stipulated and agreed by undersigned counsel, with no party hereto being an infant or incompetent, that the above-captioned action and all associated claims brought by Plaintiffs LD Days and Harriet Days shall be and are voluntarily dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

DATED: August 18, 2021

DIRK OUDEMOOL, ESQ.

By: _____
Dirk Oudemool, Esq.
*Counsel for Plaintiffs*
333 East Onondaga Street
Monroe Building
Syracuse, New York 13202

DATED: August 26, 2021

KRISTEN E. SMITH, ESQ.
CORPORATION COUNSEL
CITY OF SYRACUSE

By: _____
Todd M. Long, Esq.
Assistant Corporation Counsel
*Counsel for Defendants*
300 City Hall
Syracuse, New York 13202

**IT IS SO ORDERED.**
Dated <u>September 21</u>, 2021

_____
Hon. Lawrence E. Kahn
Senior United States District Court Judge

17